UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
VIRGINIA G. KEEFE, Individually  )
And as Administratix of the Estate  )
Of JOHN P. KEEFE, III,              )
Plaintiff,                                     )
                                              )     CIVIL ACTION
    v.                                       )     NO.:  03-12651-MLW
                                              )
MONUMENTAL LIFE              )
INSURANCE COMPANY,       )
Defendant.                               )
_____)

**JOINT STATEMENT OF THE PARTIES IN ACCORDANCE FED.CIV.P. 16(b) AND 26(f)**

## Joint Discovery Plan

**1) Written Discovery**

   Interrogatories:

   The parties ask this Court to allow them to propound no more than thirty (30) Interrogatories in total; however, they may serve more than one set of Interrogatories during the discovery period.

   Requests for Production of Documents:

   The parties ask this Court to not limit the number of items a party can ask to have produced or the number of sets of requests it can serve.

   Request for Admissions:

   The parties ask this Court to allow them to serve a total of no more than thirty (30) Requests for Admissions in total, however, they may serve more than one set of Requests for Admissions during the discovery period.

**2) Service**

   Interrogatories:

The parties agree that all Interrogatories must be served on or before July 9, 2004.

Request for Production of Documents:

The parties agree that initial document requests must be served on or before July 9, 2004, and additional document requests may be served as discovery proceeds, if needed.

Request for Admissions:

The parties agree that all Requests for Admissions must be served on or before August 9, 2004.

3) **Compliance**

Interrogatories:

The parties agree that all Interrogatories must be answered in accordance with Fed.R.Civ.P. 33(b).

Request for Production of Documents:

The parties agree that all initial document requests must be responded to in accordance with Fed.Civ.P. 34(b).

Request for Admissions:

The parties agree that all Requests for Admissions must be answered in accordance with Fed.Civ.P. 26(f).

4) **Completion of Depositions**

The parties have agreed to complete depositions on or before November 9, 2004.

5) **Number of Depositions**

The defendant anticipates that it may only take the deposition of plaintiff Virginia Keefe. However, if her deposition reveals the identity of other possible witnesses to the negotiation of the alleged insurance contract, the defendant anticipates that it may need to take these depositions as well.

The plaintiff anticipates taking the deposition of Monumentla Life Insurance Company and/or its relevant employees, who reside and/or have a principal place of business in the State of Maryland.

6) **Identification of Trial Experts**

The parties agree that the Plaintiff will disclose her expert witnesses, if any, no later than forty-five 45 days after completion of depositions, on November 9, 2004, and the

Defendant will disclose its expert witnesses, if any, no more than thirty (30) days after plaintiff's disclosure.

The parties also request the Court to allow the deposition of expert witnesses. The parties agree and understand that party taking such depositions will bear the costs of the deposition and paying the expert fee for his or her time.

**7) Filing of Motions**

The parties that agree that all amendments to the pleadings and other Rule 15 Motions will be filed no later than June 30, 2004.

The parties agree that all Rule 56 Motions will be filed no later than January 9, 2005.

It is the intention of the defendant to move to stay the plaintiff's 93A claim pending a decision of the underlying claim no later than June 20, 2004.

**8) Settlement conference:**

The parties agree that there should be a Settlement Conference scheduled no more than thirty (30) days after the Court rules on any Rule 56 Motion or, if no Rule 56 Motions are served, and if discovery and scheduling occurs as proposed, then on or before February 25, 2005, thirty (30) days after Rule 56 motions were to have been filed.

**9) Final pre-trial conference**

Date to be determined by the court.

**10) Trial by Magistrate**

The parties agree that this matter can be tried before a judge magistrate.

**11) Unusual Legal Issues**

The parties anticipate no unusual legal issues to arise in this action.

| | |
|---|---|
| The Plaintiff,<br>**Virginia G. Keefe**<br>**Individually And As Administratrix**<br>**of the Estate of John P. Keefe, III,**<br>By Her Attorneys, | The Defendant,<br>**Monumental Life**<br>**Insurance Company**<br>By Its Attorneys |
| _____<br>JANET SESNOVICH, ESQ.<br>BBO # 452120<br>34 School Street, Suite 203<br>P.O. Box 439<br>Foxborough, MA 02035<br>(508) 543-3000 | _____<br>ROBERT LA HAIT, ESQ.<br>BBO# 551000<br>**FITZHUGH, PARKER & ALVARO LLP**<br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>(617) 695-2330 |

5