UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VIRGINIA G. KEEFE, Individually ) <br> And as Administratrix of the Estate ) <br> Of JOHN P. KEEFE, III ) <br>     Plaintiff, ) <br> ) <br> MONUMENTAL LIFE INSURANCE ) <br> COMPANY ) <br>     Defendant. ) | CIVIL ACTION NO.: 03-12651-MLW |

**DEFENDANT CIVES CORPORATION'S**
**LOCAL RULE 16.1 (D)(3) CERTIFICATION**

Pursuant to the Court's April 5, 2004 Notice of Scheduling Conference and Order for Joint Statement and Certifications, and Local Rule 16.1(D)(3), the undersigned hereby state that they have conferred to discuss:

(1) the budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(2) the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under the pains and penalties of perjury this 2nd day of June, 2004.

**Monumental Life Insurance Company**     By its Authorized Representative,
By its attorneys,

_____     _____
Robert P. La Hait, Esquire                       Susan H. Fischer, Esquire.
BBO# 551000                                         Senior Counsel
Fitzhugh, Parker & Alvaro LLP              Monumental Life Insurance Company
155 Federal Street, Suite 1700              520 Park Avenue
Boston, MA 02110                                 Baltimore, Maryland 21201
(617) 695-2330                                       (410) 209-5486