FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUN -3 A 11: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

VIRGINIA G. KEEFE, Individually )
And as Administratrix of the )
Estate OF JOHN P. KEEFE, III, )
    Plaintiff )
     )
vs. )    CIVIL ACTION
     )    NO: 03-12651-MLW
MONUMENTAL LIFE )
INSURANCE COMPANY, )
    Defendant )

## CERTIFICATION

    I, Janet Sesnovich, am Attorney of Record for Virginia G. Keefe, Individually and as Administratrix, Plaintiff in the above captioned matter.

    Pursuant to Local Rule 16.1 I affirm that I have conferred with my client(s);

    (a) with a view to establishing a budget for the costs of conducting the full-course-- and various alternative courses-- of the litigation; and

    (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4


_____
Virginia G. Keefe,
Individually and as
Administratrix

_____
Janet Sesnovich
132 Central St., Suite 208
Foxborough, MA 02035
508-543-3000
BBO #452120

June 2, 2004