UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VIRGINIA G. KEEFE, Individually And as Administratrix of the Estate Of JOHN P. KEEFE, III<br>    Plaintiff,<br>v.<br><br>MONUMENTAL LIFE INSURANCE COMPANY<br>    Defendant. | CIVIL ACTION NO.:<br>03-12651-MLW |

**CORPORATE DISCLOSURE STATEMENT BY DEFENDANT, MONUMENTAL LIFE INSURANCE COMPANY**

Pursuant to Local Rule 7.1 of the United States District Court for the District of Massachusetts, the defendant, Monumental Life Insurance Company, submits the following as its Corporation Disclosure Statement:

1. The filing party, a nongovernmental corporation, identifies the following parent companies that control the filing party, directly or through others, or which own 10% or more of the party's stock: Monumental Life Insurance Company is 73.23% owned by Capital General Development Corporation and 26.77% owned by First AUSA Life Insurance Company. Neither of the parent companies are publicly traded. Both Monumental Life Insurance Company and its parents are members of the AEGON Group. The AEGON Group, through its member companies, is a leading international insurance group with its headquarters in The Hague, the Netherlands. The principal market for common shares of AEGON, N.V. is Euronext Amsterdam. Common shares of AEGON N.V. are listed on the NYSE and the Frankfort, London, and Tokyo exchanges as well as the SWX Swiss Exchange.

2.  The filing party identifies the following publicly held corporations that controls the filing party, directly or through others, or which own 10% or more of the party's stock: None.

    Defendant, **Monumental Life Insurance Company**
    By its attorney,

    _____
    Robert P. La Hait,
    BBO# 551000
    FITZHUGH, PARKER & ALVARO, LLP
    155 Federal Street, Suite 1700
    Boston, MA 02110-1727
    (617) 695-2330

## CERTIFICATE OF SERVICE

I hereby certify that I served the above document upon all counsel of record by first-class mail, postage prepaid, on June 11, 2004

    _____
    Robert P. La Hait