UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VIRGINIA G. KEEFE, Individually<br>And as Administratrix of the Estate<br>Of JOHN P. KEEFE, III<br>    Plaintiff,<br>v.<br><br>MONUMENTAL LIFE INSURANCE<br>COMPANY<br>    Defendant. | CIVIL ACTION NO.:<br>03-12651-MLW |

**ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE**

Now comes the defendant, Monumental Life Insurance Company ("Monumental") and respectfully request the Court to continue the Scheduling Conference, presently scheduled for August 2, 2004, to any date in September, 2004, except for September 15, 16, 17 or 24.  As grounds therefore, the defendant states that:

1.    Counsel for the defendant will be on a previously scheduled vacation for which non-refundable tickets have been purchased, and will be out of the Commonwealth on August 2, 2004.

2.    Counsel for the plaintiff has assented to this motion and to a continuance of the Scheduling Conference to any date in September, 2004, except for September 15, 16, 17 or 24.

WHEREFORE, for the foregoing reasons, the defendant, respectfully requests the Court continue the Scheduling Conference.

**MONUMENTALINSURANCE AGENCY,**
By Its Attorneys,


 /s/ Robert P. LaHait_____
Robert P. La Hait
BBO No. 551000
**FITZHUGH, PARKER & ALVARO**
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

**ASSENTED TO:**


 /s/ Janet Sesnovich_____
Janet Sesnovich, Esq.
BBO #452120
34 School Street, Suite 203
P.O. Box 439
Foxborough, MA 02035
508-543-3000