# United States District Court
# District of Massachusetts

VIRGINIA G. KEEFE, ETC.,
    Plaintiff,

v.                                CIVIL ACTION NO. 03-12651-RBC

MONUMENTAL LIFE
    INSURANCE COMPANY,
        Defendant.

## SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

    The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

    (1)    Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, October 5, 2004.*

    (2)    Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Wednesday, October 20, 2004;* responses, answers and/or objections shall be served **within**

*the time provided by the Federal Rules.*

(3)   Counsel shall report for a further conference on ***Wednesday, December 1, 2004 at 10:30 A.M.*** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.  At said conference, the Court shall hear counsel as to (a) the status of discovery and (b) any dispositive motions which are contemplated.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 21, 2004.