# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

VIRGINIA G. KEEFE,
    Plaintiff,

V.

MONUMENTAL LIFE
INSURANCE COMPANY.,
    Defendant.

CIVIL ACTION NO:
03-12651-RBC

## *NOTICE OF TELEPHONE CONFERENCE*

Please take notice that a Telephone Conference in the above-entitled case has been scheduled for **Wednesday, February 23, 2005 at 12: 30 P.M.** in Courtroom #14, 5th floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

        **ROBERT B. COLLINGS**
        **United States Magistrate Judge**

        *Kathleen M. Dolan*
        **Deputy Clerk**
        **(617) 748-9229**

January 3, 2005

Notice sent to:
Janet Sesnovich, Esquire
Robert P. LaHait, Esquire
David J. Volkin, Esquire