## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS



RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE
JAN - 3 2005
UNITED STATES DISTRICT COURT
BOSTON MASSACHUSETTS

|  |  |
|---|---|
| VIRGINIA G. KEEFE, Individually )<br>And as Administratix of the Estate )<br>Of JOHN P. KEEFE, III, )<br>Plaintiff, )<br> )<br>v. )<br> )<br> )<br>MONUMENTAL LIFE )<br>INSURANCE COMPANY, )<br>Defendant. )<br> ) | CIVIL ACTION<br>NO.: 03-12651-MLW |

### JOINT STATUS REPORT

The plaintiff Virginia G. Keefe, Individually And as Administratrix of the Estate Of John G. Keefe, III and defendant Monumental Life Insurance Company jointly state as follows:

1. After consultation with her counsel, which included a recommendation by counsel to voluntarily dismiss this matter, the plaintiff has decided to continue pursuing her claim.

2. As a consequence thereof and pursuant to the Court's previous order, the defendant will depose the plaintiff on or before February 15, 2004 in preparation for filing a motion for summary judgment.

| The Plaintiff,<br>**Virginia G. Keefe**<br>**Individually And As Administratrix**<br>**of the Estate of John P. Keefe, III,**<br>By Her Attorneys, | The Defendant,<br>**Monumental Life**<br>**Insurance Company**<br>By Its Attorneys |
|---|---|
| */s/ Janet Sesnovich*<br>JANET SESNOVICH, ESQ.<br>BBO # 452120<br>34 School Street, Suite 203<br>**ALVARO LLP**<br>P.O. Box 439<br>Foxborough, MA 02035<br>(508) 543-3000 | */s/ Robert L. Hait*<br>ROBERT LA HAIT, ESQ.<br>BBO# 551000<br>**FITZHUGH, PARKER &**<br><br>155 Federal Street, Suite 1700<br>Boston, MA 02110<br>(617) 695-2330 |

2

=== COVER PAGE ===

TO: _____

FROM:     FINE LAW OFFICES

   FAX:  15085437251

   TEL:  15085433000

... OF
... ILLINGS
MAGISTRATE JUDGE

DEC  -  2004

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

COMMENT:   CONFIDENTIAL

# Elliott Fine & Associates

ATTORNEYS AT LAW

132 CENTRAL STREET
P.O
FOXBOROUGH, MASS. 0
TEL (508)
FAX (508)

ELI
JANET S

# FACSIMILE COVER SHEET

DATE: 12/29/04

TO: Judge Collings/ Nor Gen Auto

FAX PHONE NO: 617 - 748 - 9331

TOTAL # OF PAGES (including cover sheet): 3

SENT BY: Atty Sernovich

COMMENTS:

If you have any problems with receipt of this facsimile, please call our office at 508-543-3000. Thank you.

The fax (cover) and document(s) accompanying this fax contain confidential information which is legally privileged. The information is intended only for the use of the intended recipient named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information except its direct delivery to the intended recipient named above is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone to arrange for return of the original documents to us.
/faxcvr