UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VIRGINIA G. KEEFE,
    Plaintiff,

v.

MONUMENTAL LIFE INSURANCE
COMPANY,
    Defendant.

CIVIL ACTION NO:
03-12651-RBC

## *ORDER RE: SETTLEMENT*

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled.

    Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, March 28, 2005.**

    */s/ Robert B. Collings*
    ROBERT B. COLLINGS
    United States Magistrate Judge

February 24, 2005

Notice to:

Janet Sesnovich, Esquire
Robert P. LaHait, Esquire
David J. Volkin, Esquire