UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                      )
VIRGINIA G. KEEFE, Individually       )
And as Administratrix of the Estate   )
Of JOHN P. KEEFE, III,                )
Plaintiff,                            )
                                      )                CIVIL ACTION
     v.                               )                NO.:  03-12651-MLW
                                      )
                                      )
MONUMENTAL LIFE                       )
INSURANCE COMPANY,                    )
Defendant.                            )
                                      )
```

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, plaintiff Virginia G.

Keefe, Individually and as Administratrix of the Estate of John P. Keefe, III and defendant

Monumental Life Insurance Company, hereby stipulate and agree that the above-captioned

lawsuit be dismissed with prejudice, with each side to bear its own costs, and with all rights of

appeal waived.


| The Plaintiff, | The Defendant, |
|---|---|
| **Virginia G. Keefe** | **Monumental Life** |
| **Individually And As Administratrix** | **Insurance Company** |
| **of the Estate of John P. Keefe, III,** | By Its Attorneys, |
| By Her Attorneys, | |


| /s/ Janet Sesnovich | /s/ Robert P. La Hait |
|---|---|
| JANET SESNOVICH, ESQ. | ROBERT LA HAIT, ESQ. |
| BBO # 452120 | BBO# 551000 |
| 34 School Street, Suite 203 | **FITZHUGH, PARKER & ALVARO LLP** |
| P.O. Box 439 | 155 Federal Street, Suite 1700 |
| Foxborough, MA 02035 | Boston, MA  02110 |
| (508) 543-3000 | (617) 695-2330 |